# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

SARAH MIKEL,

        Plaintiff,

v.

MANTERIS-SUNSTRUM COMPANIES, LLC et al.,

        Defendant.

**DEFAULT JUDGMENT IN A CIVIL CASE**

Case Number: 2:18-cv-02363-KJD-VCF

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment was entered in favor of Plaintiff Sarah Mikel and against Defendant Manteris-Sunstrum Companies, LLC d/b/a The Salon in the amount of $180,980.22.

9/3/19  
Date

DEBRA K. KEMPI  
Clerk

/s/ A. Reyes  
Deputy Clerk